IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER D. DOSS                                                        PLAINTIFF

v.                                  Case No. 6:26-cv-06007

WHITE, *Warden, Omega SSC*; and
BENEFIELD, *Medical, Omega SSC*                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on May 15, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 12. Judge Ford recommends that Plaintiff's case be dismissed without prejudice for failure to prosecute and for failure to comply with Court orders.  *Id.* at 2.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 12) *in toto*.  Accordingly, the Court finds that Plaintiff's Amended Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

---

[1] The Report and Recommendation was twice returned marked as undeliverable.  ECF Nos. 13, 14.  Plaintiff has not provided a new address to the Court.